Acknowledged.
Date: 01/18/2011

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

| | | |
|---|---|---|
| CHARLES ALVEY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MORGAN FOODS, INC., | ) | CAUSE NO.: 4:10-CV-0039-SEB-WGH |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Charles Alvey, and Defendant, Morgan Foods, Inc., by their respective counsel, and stipulate and agree that the above action should be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

/s/Robert J. Orelup
Robert J. Orelup (#21766-49)
Drewry Simmons Vornehm, LLP
736 Hanover Place, Suite 200
Carmel, IN 46032
317-580-4848
317-580-4855 (fax)
rorelup@DSVlaw.com
*Attorney for Defendant Morgan Foods, Inc.*

/s/ Michele Henry
Michele Henry
Priddy Cutler Miller & Meade, PLLC
800 Republic Building
429 W. Muhammad Ali Blvd.
Louisville, KY 40202
(502) 587-8600
(502) 569-2744 (fax)
henry@pcmmlaw.com
*Attorney for Plaintiff Charles Alvey*